# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EVANS,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALVIS GARRISON, et al.,<br><br>            Defendants. | 1:13cv01963 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>IN FORMA PAUPERIS STATUS<br>ON APPEAL<br><br>(Document 18) |

    Plaintiff Thomas Evans ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On November 13, 2014, the Court dismissed the First Amended Complaint without leave to amend.

    Plaintiff filed a notice of appeal on December 4, 2014.

    On December 11, 2014, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

///

///

///

///

1

Plaintiff's appeal is not frivolous, nor is it taken in bad faith.  Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

Dated:   **December 15, 2014**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE